CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUN 15 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KENNETH W. HAMSHAR,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant* | CIVIL NO. 3:06cv00052<br><br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

On February 20, 2007, I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment and on May 23, 2007, the Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Crigler recommended that the case be remanded to the Commissioner for further proceedings. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the May 23, 2007, Report shall be, and it hereby is, ADOPTED in its entirety;

2. the case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction given in the Report.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ *signature*
United States District Judge

June 15, 2007
Date