

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KENNETH W. HAMSHAR, ) | CASE NO. 3:06CV00052 |
| Plaintiff ) | |
| ) | |
| v. ) | REPORT AND RECOMMENDATION |
| ) | |
| MICHAEL J. ASTRUE, ) | By: B. Waugh Crigler |
| Commissioner of Social Security, | U. S. Magistrate Judge |
| ) | |
| Defendant ) | |

Upon stipulation for payment of attorney fees received by the court on July 27, 2007, it is

RECOMMENDED

that an Order enter awarding counsel for plaintiff, C. Cooper Geraty, Esq. the sum of Five Thousand Four Hundred and 00/100 Dollars ($5,400.00) in counsel fees under the EAJA, 28 U.S.C. § 2412 *et seq*.

The Clerk is directed to immediately transmit the record in this case to the presiding District Judge. Both sides are reminded that pursuant to Rule 72(b) they are entitled to note objections, if any they may have, to this Report and Recommendation within (10) days hereof. Any adjudication of fact or conclusion of law rendered herein by the undersigned not specifically objected to within the period prescribed by law may become conclusive upon the

parties. Failure to file specific objections pursuant to 28 U.S.C. § 636(b)(l)© as to factual recitations or findings as well as to the conclusions reached by the undersigned may be construed by any reviewing court as a waiver of such objection. The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
Judge

July 30, 2007
Date

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KENNETH W. HAMSHAR, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06CV00052 |
| | ) |
| MICHAEL J. ASTRUE,[1] | ) |
| Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant. | ) |

### STIPULATION FOR PAYMENT OF ATTORNEY FEES

The parties in the above-captioned action, through counsel, agree and stipulate that the Defendant shall pay to Plaintiff's attorney, C. Cooper Geraty, Esquire, the total sum of Five Thousand, Four Hundred Dollars ($ 5,400.00) in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

_____
C. COOPER GERATY, ESQUIRE

COUNSEL FOR PLAINTIFF

JOHN L. BROWNLEE
UNITED STATES ATTORNEY

By: _Sara Bugbee Winn_
SARA B. WINN
ASSISTANT UNITED STATES ATTORNEY
VSB# 35924

COUNSEL FOR DEFENDANT

APPROVED AND SO ORDERED:

_____
                                          J.

_____
                                       Date

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).